# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Innovenu Ltd.**, | Case No. 1:18-cv-01996 |
| Plaintiff, | Hon. Gary Feinerman |
| v. | Jury Trial Demanded |
| **Henes USA, Inc.**, | |
| Defendant. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday April 25, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead, in Courtroom 2125 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Innovenu Ltd.'s Motion for Entry of Default Against the Defendant, Henes USA, Inc.

Dated: April 17, 2018

Respectfully submitted,

By: */s/ Kenneth Matuszewski*
Kenneth Matuszewski
RABICOFF LAW LLC
73 W. Monroe Street
Chicago, IL 60603
Telephone: (708) 870-5893
kenneth@rabilaw.com

Isaac Rabicoff
RABICOFF LAW LLC
73 W. Monroe Street
Chicago, IL 60603
Telephone: (773) 669-4590
isaac@rabilaw.com

Attorneys for Plaintiff,
Innovenu Ltd.

- - 2 - -

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above document has been served on April 17, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

>*/s/ Kenneth Matuszewski*
>Counsel for Plaintiff